# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   vs.<br><br>RAQUEL MENDIVIL (1),<br><br>      Defendant. | CASE NO. 12CR3376-JLS<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

  21:952 AND 960 AND 18:2 - IMPORTATION OF METHAMPHETAMINE AND AIDING

  AND ABETTING

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: September 11, 2012

                                 DAVID H. BARTICK
                                 United States Magistrate Judge